Jen-Feng Lee, SBN 204328
Kenneth K. Tanji, Jr., SBN 162273
**LT Pacific Law Group LLP**
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants
MICROBOARDS MANUFACTURING LLC
MICROBOARDS TECHNOLOGY LLC
OCTAVE SYSTEMS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

WORDTECH SYSTEMS INC;

Plaintiff,

vs.

MICROBOARDS MANUFACTURING, et al.;

Defendants.

------------------------------------------------------

And Related Cross-Action.

CASE NO. 5:09-CV-04612-SI

[proposed] Order to **Vacate ADR Order**

**HON. SUSAN ILLSTON**

LT Pacific Law Group LLP
17800 Castleton St., #383
Industry, CA 91748
(626) 810-7200

Good cause having been shown, it is ORDERED that:

The ADR order dated 01/11/2010, docket #28, is VACATED.

After all the necessary parties are in the action, parties shall meet and confer, pursuant to Fed. R. Civ. P. 26(f), Northern District of California Standing Order and the Court's order dated 01/07/2010, re settlement and ADR (Standing Order, item 12), and promptly file an amended joint stipulation for selection of ADR procedure.

It is so ORDERED.

Dated: ______________________

Susan Illston

United Stated District Judge

Presented by:

Dated: 01/14/2010

LT Pacific Law Group LLP

_/s/Jen-Feng Lee_______________

Counsel for Defendants

Dated: 01/14/2010

_/s/Christian Martinez (consent for filing)

Counsel for Plaintiff

LT Pacific Law Group LLP
17800 Castleton St., #383
Industry, CA 91748
(626) 810-7200