**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    WORDTECH SYSTEMS, INC.,                    No. C 09-04612 SI

9              Plaintiff,                        **ORDER VACATING HEARING AND**
                                                 **GRANTING PLAINTIFF'S MOTION**
10        v.                                     **FOR LEAVE TO FILE SECOND**
                                                 **AMENDED COMPLAINT**
11   MICROBOARDS MANUFACTURING, L.L.C.,
     ET AL.,
12
             Defendants.
13   _____/

14
         Plaintiff Wordtech Systems, Inc. has filed an unopposed motion seeking leave to file a second
15
     amended complaint for patent infringement. Plaintiff seeks to amend its complaint to add two additional
16
     defendants, Vinpower, Inc., a supplier of the allegedly infringing products, and Disc Makers, Inc., a
17
     distributor of these products. Defense counsel has stipulated to the joinder of Vinpower, whom counsel
18
     represents. Plaintiff seeks to join Disc Makers as well, and defendants do not oppose the joinder.
19
         The motion is set for hearing on March 5, 2010. Pursuant to Civil Local Rule 7-1(b), the Court
20
     finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing.
21
     Having considered the papers submitted, and for good cause shown, the Court hereby GRANTS
22
     plaintiff's unopposed motion for leave to file a second amended complaint. (Docket No. 24). The
23
     Proposed Second Amended Complaint lodged at Docket No. 25-2 is ordered filed.
24

25
         **IT IS SO ORDERED.**
26
     Dated: March 1, 2010
27                                               _____
                                                 SUSAN ILLSTON
28                                               United States District Judge