CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

RICHARD ESTY PETERSON (State Bar No. 41013)
1905-D Palmetto Avenue
Pacifica, CA 94044
Telephone: (650) 557-5708
Facsimile: (650) 557-5716
sfreptile@mac.com

Attorneys for Plaintiff,
WORDTECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROBOARDS MANUFACTURING, L.L.C., MICROBOARDS TECHNOLOGY, L.L.C., OCTAVE SYSTEMS, INC., VINPOWER, INC., DISC MAKERS INC., AND DOES 1-50; <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 3:09-cv-04612-SI <br><br> **STIPULATION AND ORDER THEREON** <br><br> **JUDGE: HON. SUSAN ILLSON** |

WHEREAS Defendant Discmakers, Inc. has been served with the Summons and Second Amended Complaint on March 18, 2010;

WHEREAS Discmakers' outside general counsel, Joseph M. Armstrong, of Eizen Fineburg & McCarthy, P.C. Two Commerce Square 2001 Market Street, Suite 3410, Philadelphia, PA 19103 requested an extension so that Discmakers may find local representation to file a response to the Complaint;

WHEREAS Christian J. Martinez, Plaintiff's Counsel, agreed to the extension and the Parties

1  have executed a stipulation memorialized below;
2      WHEREAS Discmaker's response would be filed prior to the CMC, scheduled for April 30,
3  2010;
4  IT IS HEREBY ORDERED that:
5  DISCMAKERS INC'S deadline to respond to the Second Amended Complaint is hereby extended to
6  April 29, 2010.
7  SO ORDERED.

_____
Hon. Susan Illson

WORDTECH SYSTEMS, INC.

Christian J. Martinez, Esquire (CA State Bar No. 215360)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS, INC. | CASE NO. 3:09-CV-04612-SI |
| Plaintiff, | |
| v. | |
| MICROBOARDS MANUFACTURING LLC, et al. | |
| Defendants. | **STIPULATION EXTENDING TIME** |

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff and counsel for Defendant Disc Makers that the time within which Defendant Disc Makers may respond to Plaintiffs' Second Amended Complaint is hereby extended by twenty (20) days until April 29, 2010. No prior Stipulations extending time for Disc Makers have been filed.

**DISC MAKERS**

By: _/s/ Michael Allen_
MICHAEL E. ALLEN,
*Executive Vice President and Secretary
of Audio and Video Labs, Inc. d/b/a
Disc Makers*

**WORDTECH SYSTEMS, INC.**

By: _/s/ Christian J. Martinez_
CHRISTIAN J. MARTINEZ, ESQUIRE
*Attorney for Wordtech Systems, Inc.*