IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., | No. C 09-04612 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| MICROBOARDS MANUFACTURING, L.L.C. ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 3, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 4, 2011.

DESIGNATION OF EXPERTS: n/a; REBUTTAL: n/a.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 8, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by April 15, 2011;

   Opp. Due April 29, 2011; Reply Due May 6, 2011;

   and set for hearing no later than May 20, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 28, 2011 at 3:30 PM.

JURY TRIAL DATE: July 11, 2011 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. Counsel shall file a stipulation by May 7, 2010. The Court accepted counsel's proposed schedule except as superceded in this minute.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge