IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., | No. C 09-04612 SI |
|     Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION** |
|   v. | |
| MICROBOARDS MANUFACTURING, L.L.C., ET AL., | |
|     Defendants.                  / | |

     Defendant Vinpower, Inc. has filed a request for clarification of the Court's April 22, 2010 order denying defendants' motion to stay these proceedings pending reexamination of the patents-in-suit by the PTO. Vinpower seeks an order stating that the denial of the stay motion was without prejudice to renewal if the PTO finds that the patents in suit are "clearly anticipated" by the prior art references defendants have identified.

     Vinpower's motion is GRANTED. Vinpower and the other defendants may renew their stay motion in the event the PTO makes a ruling regarding anticipation. In any event, the parties are directed to promptly notify the Court of any PTO rulings in connection with the reexamination proceedings.

**IT IS SO ORDERED.**

Dated: May 18, 2010

                                                    SUSAN ILLSTON
United States District Judge