Jen-Feng Lee, SBN 204328
Kenneth K. Tanji, Jr., SBN 162273
**LT Pacific Law Group LLP**
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants
MICROBOARDS MANUFACTURING LLC
MICROBOARDS TECHNOLOGY LLC
OCTAVE SYSTEMS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| WORDTECH SYSTEMS INC; | CASE NO. 3:09-CV-04612-SI |
| Plaintiff, | [proposed] Order re **ADR completion date** |
| vs. | |
| MICROBOARDS MANUFACTURING, et al.; | |
| Defendants. | **HON. SUSAN ILLSTON** |
| ------------------------------------------------------- | |
| And Related Cross-Action. | |

**[proposed] Order re ADR**

09.62643.07                                    1                                    09-CV-04612

Good cause having been shown, it is ORDERED that:

    The ADR order dated 05/12/2010, ECF Dkt#062 is vacated.

    The ADR completion date shall be set on 10/10/2010.

    The parties shall be directed to work out ADR logistics, pursuant to ADR local rules re the new date and shall engage in said ADR as stipulated.

    It is so ORDERED.

Dated:                                                   _____

                                                      Susan Illston

                                                      United Stated District Judge

    The case management conference has been continued to 11/5/10 @ 3 p.m.

Presented by:

  Dated: 06/17/2010                  LT Pacific Law Group LLP

                                           _/s/Jen-Feng Lee_____

                                           Counsel for Defendants

  Dated: 06/17/2010

                                           _/s/Christian Martinez (consent for filing)

                                           Counsel for Plaintiff

LT Pacific Law Group LLP
17800 Castleton St., #383
Industry, CA 91748
(626) 810-7200

_____

**[proposed] Order re ADR**