UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WORDTECH SYSTEMS, INC.,<br>      Plaintiff,<br><br>   v.<br><br>MICROBOARDS MANUFACTURING,<br>L.L.C., et al.,<br>      Defendants.<br>_____/ | No. C 09-4612 SI<br><br>**ORDER DENYING REQUEST FOR INDEMNITEE DEFENDANTS' REPRESENATIVES TO BE EXCUSED FROM ATTENDING MEDIATION**<br><br>Date:     TBD (Deadline: 11/5/10)<br>Mediator: John Schlicher |

IT IS HEREBY ORDERED that the request for the corporate representatives for defendants Microboards Manufacturing, L.L.C., Microboards Technology, L.L.C., Octave Systems, Inc., and Disc Makers, Inc. ("the indemnitee defendants") to be excused from personally attending the mediation session before John Schlicher is DENIED. The court finds that the indemnitee defendants have not demonstrated that their representatives' personal attendance at the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 6-10(d). Corporate representatives Messrs. John Westrum, Tony van Veen, Michael Allen and Roy Worthington shall personally attend the mediation to be scheduled before Mr. Schlicher.

IT IS SO ORDERED.

August 6, 2010                    By:                    *Elizabeth D. Laporte*

Dated                                                          Elizabeth D. Laporte
                                                               United States Magistrate Judge