CHRISTIAN J. MARTINEZ (SBN 215360)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

RICHARD ESTY PETERSON (SBN 41013)
537 Valley Street
San Francisco CA 94131
Telephone: (650) 557-5708
Facsimile: (650) 557-5716
Sfreptile@mac.com

Attorneys for Plaintiff,
WORDTECH SYSTEMS, INC.

JEN-FENG LEE (SBN 204328)
KENNETH K. TANJI, JR. (SBN 162273)
LT Pacific Law Group LLP
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants
MICROBOARDS MANUFACTURING
LLC, MICROBOARDS TECHNOLOGY
LLC, OCTAVE SYSTEMS INC and DISC
MAKERS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROBOARDS MANUFACTURING, L.L.C., MICROBOARDS TECHNOLOGY, L.L.C., OCTAVE SYSTEMS, INC., VINPOWER, INC., DISK MAKERS INC., AND DOES 1-50, <br><br> Defendants. | Case No.: 3:09-cv-04612-SI <br><br> **STIPULATION TO VACATE THE JANUARY 12, 2011 CLAIM CONSTRUCTION HEARING AND ORDER THEREON** <br><br> JUDGE: HON. SUSAN ILLSTON <br><br> TRIAL DATE: JULY 11, 2011 |

Plaintiff and Counterclaim Defendant, Wordtech Systems Inc. ("Plaintiff") and Defendants and Counterclaimants Microboards Manufacturing, L.L.C., Microboards Technology, L.L.C., Octave Systems, Inc., Vinpower, Inc., Disk Makers Inc. ("Defendants"), (collectively, "the Parties") jointly submit, by and through their respective counsel, this stipulation to vacate the claim construction hearing scheduled for January 12, 2011.

The Parties' agreed upon construction of the claim terms, phrases, and/or clauses for the Patents in Suit are listed below. Any term not otherwise agreed upon, construed, and identified below is subject to the plain and ordinary meaning of that term. The Parties have no disputed terms for the Court to construe and hereby stipulate and agree to the request for, and entry of, the following order to vacate the claim construction hearing currently scheduled for January 12, 2011.

### AGREED UPON CLAIM CONSTRUCTIONS (PATENT L.R. 4-3(A))

| DEFINITIONS | |
|---|---|
| Tower | A vertical structure. |
| Transport tower | A tower having a vertical axis about and along which disks are conveyed. |
| Pivotal transport tower | A transport tower having a vertical axis about which the arm rotates. |
| Arm | A structural member that displaces the transported disk from the vertical axis of the tower. |
| Disk spindle member | A "spindle" or other pin type column to hold disks in a stack. |
| Disk pickup mechanism | A mechanical or pneumatic assembly to engage, lift and retain a disk. |
| Electronic Controller | Electronic device that controls the electromechanical operations of a copy unit. |
| Disk reject area | A location where rejected disks are deposited. |
| Suction pick-up unit | Apparatus that engages and retains a disk by vacuum suction. |
| Print application unit | An apparatus for marking on disks. |
| Disk retainer member | A structure that holds disks in a stack |
| Disk receiving member or Disk receiving device | A structure positioned to receive a disk |
| Disk holding structure | A structure that holds disks in a stack |

### Means Plus Functions Claims, Patent No. 6,141,298

| CLAIM – MEANS | FUNCTION | APPARATUS |
|---|---|---|
| 12.<br>(a) lifting means | for engaging and transporting a disk in a vertical direction | arm 56; suction pickup unit 54 or mechanical pickup unit operating with tower |
| (b) rotating transport means | for transporting the disk in a horizontal plane | tower 58; rotating base 102 axle 38; pulley assembly; stepper motor 32 |
| (c) disk stacking means | for holding disks in a stack | disk spindle members 52 |
| 13. master disk data transfer means | for reading master data on a disk and then transferring the data onto a disk | computer software 260-350; input spindle 52a; output spindle 52b; host computer 12 |
| 14. user interface means | for pre-programming the control of the duplication of data | computer software 210 host computer 12, display 13 |

| | | |
|---|---|---|
| 15. (a) defective CD-R disk detection means | for detecting deflective disks | computer software 610, 620 |
| (b) ejection means | for ejecting defective disks | computer software 620; disk reject slide 92 |
| 16. labeling means | for the application of symbols on the upper face of the disks and transporting the labeled disks | computer software 630-643; print application unit 93, host computer 12 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

LT Pacific Law Group LLP

 /s/ Jeff Lee (As authorized by email on 10/15/2010)
Counsel for Defendants

 /s/ Christian J. Martinez
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: _____                 _____
                                                                               THE HONORABLE SUSAN ILLSTON
                                                                                 United States District Court Judge