IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROBOARDS MANUFACTURING, L.L.C. et al., <br><br> Defendants. | No. C 09-04612 SI <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM AND DISMISSING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff has filed a motion for judgment on the pleadings as to defendants' affirmative defenses five, eleven and fourteen, and counter claim II. (Doc. 84). Defendants' opposition brief is a request for leave to amend, and attached to the brief is a proposed amended answer and counterclaim. (Doc. 87 & Ex. 2.) Plaintiff's motion is scheduled for hearing on February 4, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing.

Having considered the papers submitted, and for good cause shown including judicial efficiency, the Court hereby GRANTS defendants' request for leave to file an amended answer and counterclaim and DISMISSES plaintiff's motion for judgment on the pleadings as moot. Defendants shall file the proposed amended answer and counterclaim **by January 28, 2011**. If plaintiff determines that issues as to the sufficiency of the defenses and counterclaim remain, it may file an appropriate motion provided it does so no later than February 4, 2011. No further amendments of the answer and counterclaims will

be allowed.  **The Case Management Conference remains scheduled for February 4, 2011 at 3:00 p.m.  and the Court does not anticipate delaying any other scheduled dates in any way**

     **IT IS SO ORDERED.**

Dated:  January 24, 2011

                                           SUSAN ILLSTON
                                           United States District Judge