CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

RICHARD ESTY PETERSON (State Bar No. 41013)
Patent Attorney
537 Valley St
San Francisco, CA 94131
sfreptile@mac.com

Attorneys for Plaintiff,
WORDTECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., <br><br>    Plaintiff, <br><br> v. <br><br> MICROBOARDS MANUFACTURING, L.L.C., MICROBOARDS TECHNOLOGY, L.L.C., OCTAVE SYSTEMS, INC., VINPOWER, INC., DISK MAKERS INC., AND DOES 1-50; <br><br>    Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 3:09-cv-04612-SI <br><br> **STIPULATION TO DISMISSAL AND ORDER THEREON** <br><br><br> JUDGE: HON. SUSAN ILLTSON <br> TRIAL DATE: JULY 11, 2011 |

WHEREAS Plaintiff Wordtech Systems, Defendants/Counterclaimants Microboards Manufacturing, LLC, Microboards Technology, LLC, Octave Systems, Inc., Vinpower, Inc., Audio and Visual Labs, LLC., (Sued as "Disk Makers Inc.") (collectively, "Parties") have settled the above action;

WHEREAS The Parties intend a settlement agreement to be the full and final resolution of all claims and counterclaims in the above action;

It is hereby stipulated that:

1. The above-entitled case shall be dismissed with prejudice as to all Parties and all claims and counterclaims;

2. The settlement agreement, fully-executed and delivered on February 28, 2011, between the Parties is incorporated in this Order as though fully set forth herein;

3. The settlement agreement, and each of its terms, is binding on the Parties;

4. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

s/ *Christian J. Martinez* /s
Christian J. Martinez
Attorney for Plaintiff.

s/ *Jeff Lee* /s
Jeff Lee
Attorney for Defendants.

IT IS SO ORDERED.

DATE: __3/2/11__

_____
JUDGE SUSAN ILLSTON